# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER

May 4, 2022

Before
DIANE S. SYKES, *Chief Judge*
DIANE P. WOOD, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| | |
|---|---|
| | UNITED STATES OF AMERICA, <br> Plaintiff - Appellee |
| No. 22-1586 | v. |
| | KEVIN DIXON, <br> Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:22-cr-00140-1 <br> Northern District of Illinois, Eastern Division <br> District Judge Virginia M. Kendall | |

The following are before the court:

1. **MOTION TO VACATE DETENTION ORDER AND MEMORANDUM OF LAW**, filed on April 22, 2022, by counsel for the appellant.

2. **GOVERNMENT'S RESPONSE TO MOTION TO VACATE THE DISTRICT COURT'S DETENTION ORDER**, filed on May 2, 2022, by counsel for the appellee.

**IT IS ORDERED** that the appellant's motion for pretrial release is **DENIED**.[1] *See* FED. R. APP. P. 9(a); 18 U.S.C. §3142. Because this is an appeal from a pretrial detention order, this order resolves the appeal. *See* FED. R. APP. P. 9(a); CIR. R. 9(a).

form name: **c7_Order_3J**    (form ID: **177**)

---

[1] Judge Jackson-Akiwumi respectfully dissents. She would grant the motion and order the appellant released pending trial.